# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansmeier,<br><br>        Plaintiff,<br><br>vs.<br><br>Tobies Enterprises, Inc. and<br>Merrick Garland,<br><br>        Defendants. | Case No. _____<br><br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT TOBIES ENTERPRISES, INC.** |

COMES NOW Defendant, TOBIES ENTERPRISES, INC., ("TOBIES") pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 and hereby removes this case from the Hennepin County, Minnesota District Court to the United States District Court for the District of Minnesota. As grounds for removal, and for no other purpose, TOBIES provides as follows:

1. On March 26, 2022, Plaintiff, Paul Hansmeier ("Hansmeier"), served his unfiled Summons and Complaint on TOBIES in the lawsuit captioned Hansmeier v. Tobies Enterprises, Inc., et al. pending in the Hennepin County Minnesota District Court within the Fourth Judicial District. The Complaint was not filed in state court, only served on TOBIES.

2. Hansmeier alleges TOBIES, as the subject property's owner, unlawfully discriminated against unnamed individuals in violation of Title III of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101, et seq. Because Hansmeier's claims

arise under acts of Congress, this Court has original jurisdiction over such claims pursuant to 28 U.S.C. § 1331.

3. Hansmeier also asserts claims arising under acts of Congress and/or the United States Constitution, namely violations of his First and Fifth Amendment Rights (Counts 4, 5 and 6) against United States Attorney General, Merrick Garland, in his official capacity. Each of Counts 4, 5 and 6 arise under the United States Constitution, making them removable under the original jurisdiction of this Court as provided by 28 U.S.C. § 1331.

4. Hansmeier also asserts a state law claim against TOBIES arising under the Minnesota Human Rights Act based upon the same operative facts as Hansmeier's federal ADA claim and is thus so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Thus, pursuant to 28 U.S.C. § 1367(a), this Court has jurisdiction over all claims asserted by Hansmeier.

5. Removal of this entire action is, therefore, appropriate pursuant to 28 U.S.C. § 1441(a).

6. Because this Notice of Removal was filed within 30 days of March 26, 2022, the date on which TOBIES was served, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b)(1).

7. Venue is proper in this Court because Hansmeier's state court action is pending within a Minnesota Judicial District within the geographic confines of this District. 28 U.S.C. § 1441(a).

8. Attached hereto as **Exhibit A** is a copy of all process, pleadings, orders and other documents.

9. After filing this Notice of Removal, TOBIES will promptly serve written notice of this Notice of Removal on Hansmeier, who is proceeding pro se, as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is incorporated herein and attached as **Exhibit B**.

10. Counsel for TOBIES has spoken with and received consent from counsel for all Defendants to remove this action from state court to this Court.

WHEREFORE, because the Petition establishes that this Court has original jurisdiction of this action by reason of a federal question pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Hansmeier's state law claim pursuant to 28 U.S.C. § 1367(a), TOBIES respectfully gives notice that the action pending in the State of Minnesota, Fourth Judicial District, Hennepin County District Court, captioned Hansmeier v. Tobies Enterprises, Inc., et al. is removed to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1441.

|  |  |
|---|---|
|  | NILAN JOHNSON LEWIS PA |
| Dated: April 13, 2022 | By  *s/ Erik T. Salveson*<br>Erik T. Salveson (#177969)<br>Brandie Morgenroth (#396155)<br>250 Marquette Avenue South, Suite 800<br>Minneapolis, MN 55401<br>Telephone: 612-305-7500<br>Facsimile: 612-305-7501<br>esalveson@nilanjohnson.com<br>bmorgenroth@nilanjohnson.com<br><br>ATTORNEYS FOR DEFENDANT<br>TOBIES ENTERPRISES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022 a copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT TOBIES ENTERPRISES, INC.** was filed electronically. Service of this filing is being sent by U.S. Mail to the following:

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

*Pro Se Plaintiff*

NILAN JOHNSON LEWIS PA

Dated: April 13, 2022      By   *s/ Erik T. Salveson*
      Erik T. Salveson (#177969)
      Brandie Morgenroth (#396155)
      250 Marquette Avenue South, Suite 800
      Minneapolis, MN 55401
      Telephone: 612-305-7500
      Facsimile: 612-305-7501
      esalveson@nilanjohnson.com
      bmorgenroth@nilanjohnson.com

ATTORNEYS FOR DEFENDANT
TOBIES ENTERPRISES, INC.