# UNITED STATES DISTRICT COURT
## District of Minnesota

Paul Hansmeier,

    Plaintiff(s),

v.

Tobies Enterprises, Inc., and Merrick Garland,

    Defendant(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-932 NEB/LIB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This matter is DISMISSED WITHOUT PREJUDICE AS FRIVOLOUS.

2. It is certified that any appeal from the dismissal of this action would not be taken in good faith and that *in forma pauperis* status will not be granted to plaintiff Paul Hansmeier on appeal.

3. Hansmeier is subject to the following filing restrictions in addition to the restrictions already imposed in *Hansmeier v. MacLaughlin*, No. 21-CV-1167 (JRT/LIB), 2022 WL 748484, at *7 (D. Minn. Mar. 11, 2022):

    a. Any action filed by Hansmeier in state court and removed to this District will be automatically stayed pending review of that action pursuant to 28 U.S.C. Section 1915A and the Court's inherent power.

      b.      Any such action deemed frivolous or malicious on initial review may be summarily dismissed without substantive comment.

Date: 4/20/2022                                    KATE M. FOGARTY, CLERK