COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
27 APR 2022 PM 4 L



⇔20953-041⇔
District Court
Clerk of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

RECEIVED BY MAIL
APR 29 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 29 2022
U.S. DISTRICT COURT MPLS

55415-229799