COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
2 AUG 2022 PM 1 L

FOREVER / USA

RECEIVED BY MAIL
AUG 04 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

⇔20953-041⇔
District Court
Clerk of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

SCANNED
AUG 04 2022
U.S. DISTRICT COURT MPLS

55415-229799