**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PAUL HANSMEIER,

Plaintiff,

v.

TOBIES ENTERPRISES, INC. and
MERRICK GARLAND,

Defendants.

Case No. 22-CV-932 (NEB/LIB)

ORDER

---

Plaintiff Paul Hansmeier's motion for an indicative ruling (ECF No. 17) is DENIED. *See* ECF No. 16 (judgment of United States Court of Appeals for the Eighth Circuit summarily affirming the dismissal of this matter).

IT IS SO ORDERED.

Dated: August 19, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge