COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit F
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
15 JUN 2023 PM 5 L

FOREVER / USA

⇔20953-041⇔
Judge Patrick J Schiltz
Request to File
300 S 4TH ST
Chambers
Minneapolis, MN 55415
United States

SCANNED
JUN 20 2023
U.S. DISTRICT COURT MPLS

X-RAYED BY USMS

RECEIVED
BY MAIL
JUN 20 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-132099