22cv932

RECEIVED NEB
BY MAIL
JUN 20 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: SST-F-A

---

FROM: 20953041
TO:
SUBJECT: Hansmeier v. Tobies Enterprises, Inc.
DATE: 06/14/2023 12:07:05 PM

Dear Chief Judge Schiltz:

I respectfully request leave to file the enclosed Rule 60(b) motion. In this case, a defendant removed my claims from Hennepin County District Court. Upon removal, Judge Brasel construed my constitutional attacks on certain federal restrictions as Bivens claims, held that these Bivens claims were frivolous and imposed a sweeping ban on my filing cases in the District of Minnesota (even though I never sought a federal forum in this case and the claims are just constitutional attacks on a staute, not Bivens claims). I have not had a meaningful opportunity to be heard in this case. The enclosed Rule 60(b) motion is my only hope of at least being heard. If my positions are incorrect, then Judge Brasel can reject them. If they are correct, then having Judge Brasel hear them will correct a major injustice.

In my view, I have been imprisoned, tortured (see the enclosed article) and now banned for filing unpopular litigation. You are the Chief Judge. This is an opportunity to preserve the district's reputation for excellence and integrity.

Respectfully submitted,

Paul Hansmeier
20953-041 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
JUN 20 2023
U.S. DISTRICT COURT MPLS