RECEIVED BY MAIL JUN 20 2023 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

RECEIVED BY MAIL APR 19 2023 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

TRULINCS 20953041 - HANSMEIER, PAUL R - Unit: SST-F-A

SCANNED JUN 20 2023 U.S. DISTRICT COURT MPLS

SCANNED APR 19 2023 U.S. DISTRICT COURT MPLS

---

FROM:
TO: 20953041
SUBJECT: Article
DATE: 10/21/2022 07:59:29 AM

Porn Copyright Troll Lawyer The Absolute Worst; Bureau Of Prisons Says, 'Hold My Beer'

Joe Patrice
on October 17, 2022 at 5:48 PM
It's been a while since we wrote about Prenda Law, a mercifully defunct copyright trolling venture that made its nut by shaking down people for downloading porn videos. The outfit previously known as Steele|Hansmeier PLLP after lawyers John Steele and Paul Hansmeier crossed from seedy trolling to criminal extortion when experts figured out that the firm was making the porn itself and then uploading the material to pirating sites itself and then suing people for downloading the material never intended for sale in the first place.

Pornography? Well, what did you expect when you named someone John Steele? That's like naming a kid "Jeeves" and being shocked he becomes a butler. "John Steele" is involved in porn or a Golden Age comic alter ego and there is no in between.

Anyway, these lawyers cum porn producers ended up in jail, pleading guilty to a bevy of extortion and fraud charges. Paul Hansmeier received a 14 year sentence for his role in the scheme.

It's hard to imagine anyone coming out of this story looking worse, but based on a new filing, the Bureau of Prisons officials holding Hansmeier seem to have a real hard-on for turning him the sympathetic figure.

In a new handwritten amended complaint, Hansmeier details a pattern of retaliation at the hands of prison officials based on his continued litigation over the constitutionality of his conviction. Hansmeier questions whether the government can really convict someone for using undercover methods to enforce copyright. His interpretation of the law would be frigging ludicrous, but he has every right to litigate it out.

His jailers, however, cited him for "use of the mail for an illegal purpose" and "extortion." Hansmeier's complaint indicates that in conversation with officials, they told him they consider it extortion to "demand money from someone on the streets, including in a lawsuit, or in a settlement proposal letter."

Now, it is possible for a settlement proposal letter to amount to extortion. See, e.g., United States v. Hansmeier. But when the lawsuit is against the U.S. Attorney as an official, it's not a shakedown effort.

Hansmeier claims officials subjected him to unique searches and sanctioned him for offenses they'd previously never minded. But then this:

On June 7, 2021, Defendants amped up their retaliation by placing Hansmeier in administrative detention (a/k/a the "Hole"). Under the BOP Inmate Discipline Program, administrative detention is reversed for inmates where specific and objective evidence shows an "inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or the orderly running of the institution." 28 C.F.R. Part 541 Subpart B. Defendants ordered Hansmeier's placement in administrative detention even though they knew that Hansmeier posed no such threat much less a serious threat. Rather, Defendants' motive for detaining Hansmeier was to punish him for his petitioning activity.

Solitary confinement is recognized as torture by the United Nations for a reason it's considered such after 15 days. Hansmeier claims he's been there for 112+ days.

There are temporary justifications for someone physically threatening the rest of the population, but something tells me a pencil-pushing lawyer is not posing a threat to anyone. I'm naturally inclined NOT to trust extortion convicts but "being in administrative detention" is not a controvertible fact and I doubt he's putting that in a filing if it's not easily confirmed. And if he is there then the BoP had better be quick to produce evidence that Hansmeier shivved two guys and runs a prison gang. Anything less and this is Cool Hand Luke nonsense.

Because absent something like that, the fact that administrative detention limits access to legal materials and availability to communicate with attorneys well, res ipsa yadda yadda.

He further claims that the defendants prevented him from accessing the materials to challenge his solitary confinement.

EXHIBIT A-1