NILAN JOHNSON LEWIS PA

250 MARQUETTE AVENUE SOUTH, SUITE 800
MINNEAPOLIS, MN 55401

Erik T. Salveson
612-305-7536
esalveson@nilanjohnson.com

June 23, 2023

***VIA ECF***

The Honorable Patrick J. Shiltz
Chief U.S. District Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: *Hansmeier v. Tobies Enterprises, Inc., et al.*
Court File No. 0:22-cv-00932-NEB-LIB

Dear Judge Schiltz:

This law firm represents Tobies Enterprises, Inc. ("Tobies") in the above matter. More than fourteen (14) months after this court dismissed the above-action by Mr. Hansmeier and entered judgment, Mr. Hansmeier has made a Rule 60 Motion to Vacate that judgment. Under the plain language of Rule 60, such a motion must be made within one (1) year after entry of judgment. Thus, Mr. Hansmeier's Rule 60 Motion is untimely as a matter of law and must be denied. Further, Mr. Hansmeier's motion offers nothing new and is merely a re-hash of the same arguments that were rejected by this court over one year ago. This, too, requires that Mr. Hansmeier's motion be denied.

In his letter to the court, Mr. Hansmeier claims that he is a victim and has been tortured. Nothing could be further from the truth. Mr. Hansmeier is a legal predator who has repeatedly abused the legal process to attack Tobies and numerous other parties. Indeed, through his motion, Mr. Hansmeier is seeking to perpetrate the same illegal conduct that caused him to be convicted and sentenced to serve time in federal prison.

There simply is no basis for Mr. Hansmeier's Rule 60 Motion and Tobies respectfully requests that it be summarily denied. Should the court require anything further from Tobies, please let me know.

Very Truly Yours,

*s/ Erik T. Salveson*

Erik T. Salveson
ETS/elm

cc: Paul Hansmeier